[No. 71811-8-I.   Division One.   August 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER T. CHAVEZ, *Appellant*.

by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Lau, J.

[No. 71821-5-I.   Division One.   August 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE PHILLIPS, *Appellant*.

by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 71869-0-I.   Division One.   August 31, 2015.]

HAROLD H. WRIGHT, JR., ET AL., *Appellants*, v. PIERCE COUNTY, ET AL., *Respondents*.

by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 72148-8-I.   Division One.   August 31, 2015.]

*In the Matter of the Marriage of* CORRIE WEBER, *Respondent*, and BLAINE J. WEBER, *Appellant*.

by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.